AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Ward Brehm ) | |
| *Plaintiff* ) | |
| v. ) | Case No. |
| Marocco, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Ward Brehm.

Date: 03/06/2025

/s/ Bradley Girard
*Attorney's signature*

Bradley Girard (DC Bar No. 1033743)
*Printed name and bar number*

P.O. Box 34553
Washington, D.C. 20043

*Address*

bgirard@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 796-4426
*FAX number*