AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Ward Brehm | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. |
| Marocco, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Ward Brehm.

Date: 03/06/2025

/s/ Skye L. Perryman
*Attorney's signature*

Skye L. Perryman (DC Bar No. 984573)
*Printed name and bar number*

P.O. Box 34553
Washington, D.C. 20043
*Address*

sperryman@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 796-4426
*FAX number*