AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Ward Brehm | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. |
| Marocco, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Ward Brehm                                                                .

Date:    03/06/2025                           /s/ Robin F. Thurston
                                                              *Attorney's signature*

                                              Robin F. Thurston (DC Bar No. 1531399)
                                                         *Printed name and bar number*

                                                            P.O. Box 34553
                                                         Washington, D.C. 20043

                                                                *Address*

                                                  rthurston@democracyforward.org
                                                               *E-mail address*

                                                              (202) 448-9090
                                                            *Telephone number*

                                                              (202) 796-4426
                                                               *FAX number*

Print   Save As...                                                                    Reset