UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARD BREHM,<br><br>       Plaintiff,<br><br>v.<br><br>PETE MAROCCO, et. al.,<br><br>       Defendants. | Civil Action No. 25-0660 (UNA) |

## NOTICE OF APPEARANCE

The clerk will kindly note the appearance of John J. Bardo, Assistant U.S. Attorney, as counsel for Defendants in the above-captioned case.

Dated: March 6, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:     */s/ John J. Bardo*
    JOHN J. BARDO, D.C. Bar #1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Attorneys for the United States of America*