# EXHIBIT G



March 4, 2025

The Honorable Russell Vought
Director, Office of Management and Budget
Eisenhower Executive Office Building
1650 Pennsylvania Avenue, NW
Washington, DC 20503

Re:   US African Development Foundation Response to the President's Executive Order – Commencing the Reduction of Federal Bureaucracy

Dear Mr. Vought

**Executive Summary**

On February 19, 2025, President Donald Trump issued the Executive Order "Commencing the Reduction of the Federal Bureaucracy," directing agencies to assess statutory mandates and identify inefficiencies. The United States African Development Foundation (USADF) submits this report to the Office of Management and Budget (OMB), demonstrating compliance with the Executive Order and affirming its alignment with congressional mandates, US national interests, and the Administration's priorities to enhance American security, economic strength, and global influence.

**Background**

USADF, a congressionally established US government corporation (Public Law 96-533), delivers grassroots economic assistance in Africa through grants and investments in small enterprises. It advances US foreign policy objectives by promoting economic stability, reducing poverty, and mitigating conditions that fuel extremism and migration. With minimal statutory components, USADF efficiently channels funds to underserved communities while maintaining fiscal discipline. The agency's mission is directly linked to promoting free enterprise and economic self-sufficiency, which aligns with the Administration's goal of reducing dependency on government aid while fostering economic partnerships that benefit American businesses.

**Statutory Functions and Compliance**

USADF's operations are governed by 22 U.S.C. 290h-2, requiring it to provide financial assistance, develop self-evaluation techniques, conduct research, and foster local economic growth. Federal regulations (22 C.F.R. 1501.2) dictate that the agency prioritizes community-driven projects with the maximum feasible participation of low-income people. The agency's

streamlined structure consists of a Board of Directors, a President, and essential administrative units, ensuring efficient execution of its mandate.

The Board of Directors, consisting of seven members appointed by the President and confirmed by the Senate, provides governance and strategic oversight. By the statute the Board appoints the **President**, and an **Advisory Council**.  The **President is responsible for directing day-to-day operations** and is supported by a **Vice President**, **General Counsel**, C**ongressional Liaison Officer,** and **Public Affairs Officer**.

By federal regulation the officers are assisted with the following staff units: **Office of Administration and Finance**, **Office of Research and Evaluation**, and **Office of Programs and Field Operations**. These offices ensure compliance with statutory requirements while maintaining accountability and efficiency. 22 C.F.R. 1501.2(b).

**Congressional Appropriations and Fiscal Efficiency**

Over the past decade, USADF has received an average annual congressional appropriation of $34.6 million, totaling $346 million. These funds have been effectively leveraged with $37 million in additional funding from African governments and private-sector partnerships. Unlike other US foreign assistance agencies, USADF provides direct funding to African grantees without NGO intermediaries.  Transparency is upheld through regular Congressional Budget Justifications, Operational Plans, Annual Reports, and Management Reports detailing fund execution and program outcomes.

The statutory requirement for prior congressional notification before agency reorganization, elimination, or downsizing (H.R. 8771, Sec. 7063) affirms that any restructuring must align with legislative oversight. USADF's fiscal prudence ensures that taxpayer funds are used effectively, prioritizing high-impact projects that align with US strategic interests.

**Strategic Impact: Advancing US Interests**

**Making America Safer**

USADF's targeted investments counter security threats by fostering economic alternatives to extremism. Since 1997, the agency has invested $59 million in northern Nigeria, supporting food security and employment in regions vulnerable to Boko Haram. In South Sudan, $670,000 in agricultural projects mitigates the effects of famine, while vocational training in Somalia has placed over 7,400 youth in employment, reducing terrorist recruitment risks.

US ambassadors in these regions have emphasized the agency's critical role in stabilizing fragile economies and enhancing security. Programs that lift people from poverty encourage access to justice and improve governance, directly contributing to counterterrorism efforts. For instance, USADF's food security initiatives in conflict-prone areas like Burkina Faso, Northern Benin, and the Niger Delta provide economic stability, reducing the appeal of extremist organizations. Overall, USADF investments in the Sahel region (Sahel Initiative) have brought stability in the rural areas of that region, which has slowed down the spread of terrorism (map of Sahel Region below).



USADF's investments in sustainable agriculture in conflict zones further reinforce stability. In Nigeria, projects in Kano, Kaduna, Bauchi, and Jigawa states strengthen resilience in communities at risk of Boko Haram activity. Similarly, in Somalia, where youth unemployment exceeds 70%, USADF-funded vocational training and business support help mitigate economic desperation that fuels instability.

**Maximizing US Taxpayer Investment**

By leveraging host country funding, USADF amplifies its impact without additional US taxpayer burden. In FY 2024, USADF secured matching funds from Benin, Côte d'Ivoire, Malawi, Mauritania, Namibia, and Uganda, with 17% of its FY 2025 operating budget projected to come from leveraged funds. Independent assessments rank USADF among the most efficient US foreign assistance providers, second only to the Millennium Challenge Corporation.

USADF's ability to collect and deploy $20.4 million from interagency partnerships expands program reach while preserving fiscal accountability. Governments in Uganda and Benin have reaffirmed their commitments to co-financing USADF programs, ensuring sustainable development aligned with US strategic goals.

**Coordinating with US Agencies for Efficiency**

USADF complements broader US development efforts, quickly deploying targeted interventions that enhance large-scale US government programs. In Senegal, USADF's support for rice cooperatives aligns with Millennium Challenge Corporation irrigation investments and USAID agricultural initiatives. In Niger, a $9 million grant facility has improved agricultural productivity in terrorist-prone areas, reinforcing regional stability.

The agency's partnerships with USAID, MCC, and the State Department enhance the efficiency of US foreign assistance by focusing resources on locally driven economic solutions. USADF's agility allows it to operate in high-risk regions where larger agencies face bureaucratic constraints, providing a vital tool for US diplomatic and security strategies.

**Making America Stronger and More Prosperous**

USADF strengthens U.S.-Africa trade ties by developing future trading partners. Its enterprise development grants have enabled African businesses to supply major U.S. retailers, including Costco, Macy's, Starbucks, Target, and Whole Foods. Additionally, 24 African energy enterprises funded by USADF have purchased solar components from 20 US companies, fostering bilateral trade.

However, the USADF has observed an increasing Chinese influence in Africa, which is challenging US strategic interests. The Chinese government's aggressive economic engagement, particularly in resource extraction and infrastructure, often lacks transparency and sustainability. In contrast, USADF promotes American business values, including fair trade, corporate responsibility, and long-term economic partnerships.

USADF plays a critical role in initiatives like Feed the Future, Prosper Africa, and the African Growth and Opportunity Act (AGOA), strengthening US economic ties while countering China's growing footprint in the region. Investment in African economies positions American businesses for long-term success in one of the world's fastest-growing markets.

**Conclusion**

USADF's enduring relationship with African communities provides a unique model for grassroots development. The agency aligns with US strategic goals by prioritizing local empowerment, economic self-sufficiency, and enterprise creation while ensuring efficient use of taxpayer dollars. As a cost-effective alternative to traditional foreign aid, USADF remains vital to America's global engagement strategy, advancing national security, economic prosperity, and diplomatic influence.


Ward Brehm /s/
President & CEO
United States African Development Foundation