UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ward Brehm**, <br><br> Plaintiff, <br><br> v. <br><br> **Pete Marocco,** *et al.*, <br><br> Defendants. | **Civil Case No. 25-cv-660** |

**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiff's motion for a temporary restraining order and accompanying brief, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that: (1) the Defendants may not remove Plaintiff from his office as President of the United States African Development Foundation (USADF), or in any way treat him as having been removed, denied or obstructed in accessing any of the benefits or resources of his office, or otherwise obstruct him from his ability to carry out his duties, absent a decision by the lawfully-constituted Board of USADF to remove him from that office;

(2) the Defendants may not appoint Pete Marocco or any other person as an acting member of the Board of USADF, may not appoint Pete Marocco or

any other person as President of USADF in place of Plaintiff, or otherwise recognize any other person as a member of the Board of USADF absent Senate confirmation or as President of USADF absent appointment by a lawfully-constituted Board; and

(3) any actions taken or contemplated to be taken by Defendant Pete Marocco, any other Defendant, or any other person acting in concert with the Defendants purportedly as a member of the Board of USADF, absent Senate confirmation of such a Board member, are void ab initio and without effect.

**SO ORDERED**.


Dated:  March ____, 2025      _____
                              THE HON. _____
                              UNITED STATES DISTRICT JUDGE

## NAMES OF PERSONS TO BE SERVED
## WITH PROPOSED ORDER UPON ENTRY

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

John Bardo
Assistant United States Attorney
United States Attorney's Office
601 D Street, NW
Washington, DC 20579
john.bardo@usdoj.gov
202-724-6534

*Counsel for the Defendants*

Bradley Girard (DC Bar No. 1033743)
Joel McElvain (DC Bar No. 448431)*
Robin F. Thurston (DC Bar No. 1531399)
Skye L. Perryman (D.C. Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
bgirard@democracyforward.org
jmcelvain@democracyforward.org
rthurston@democracyforward.org
sperryman@democracyforward.org

 *motion to appear *pro hac vice* forthcoming

*Counsel for the Plaintiff*