AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| Ward Brehm <br> *Plaintiff* <br> v. <br> Marocco, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Ward Brehm                                                                                  .

Date:    03/10/2025                                            /s/ Joel McElvain
                                                               *Attorney's signature*

                                                        Joel McElvain (DC Bar No. 448431)
                                                        *Printed name and bar number*

                                                               P.O. Box 34553
                                                               Washington, D.C. 20043

                                                                    *Address*

                                                        jmcelvain@democracyforward.org
                                                                *E-mail address*

                                                               (202) 448-9090
                                                             *Telephone number*

                                                               (202) 796-4426
                                                                *FAX number*

[Print]    [Save As...]                                                         [Reset]