# Exhibit 1

**From:** Trent Morse <Trent.M.Morse@who.eop.gov>
**Date:** Monday, February 24, 2025 at 1:45 PM
**To:** "mdavis@whitemountains.com" <mdavis@whitemountains.com>, "mdavis@usadf.gov" <mdavis@usadf.gov>
**Subject:** Message from PPO

Morgan,

At the direction of President Donald J. Trump, I am writing to inform you that your position as a board member of the United States African Development Foundation is terminated, effective immediately.

Trent Morse

Deputy Director
Office of Presidential Personnel

# Exhibit 2

**From:** Trent Morse <Trent.M.Morse@who.eop.gov>
**Date:** Monday, February 24, 2025 at 1:45 PM
**To:** "carolmoseleybraun@gmail.com" <carolmoseleybraun@gmail.com>
**Subject:** Message from PPO

Carol,

At the direction of President Donald J. Trump, I am writing to inform you that your position as a board member of the United States African Development Foundation is terminated, effective immediately.

Trent Morse

Deputy Director
Office of Presidential Personnel

# Exhibit 3

**From:** Trent Morse <Trent.M.Morse@who.eop.gov>
**Date:** Monday, February 24, 2025 at 1:45 PM
**To:** "jleslie@usadf.gov" <jleslie@usadf.gov>
**Subject:** Message from PPO

John,

At the direction of President Donald J. Trump, I am writing to inform you that your position as a board member of the United States African Development Foundation is terminated, effective immediately.

Trent Morse

Deputy Director
Office of Presidential Personnel

# Exhibit 4

**From:** Trent Morse <Trent.M.Morse@who.eop.gov>
**Date:** Monday, February 24, 2025 at 1:45 PM
**To:** "wardbrehm@icloud.com" <wardbrehm@icloud.com>, "wbrehm@usadf.gov" <wbrehm@usadf.gov>
**Subject:** Message from PPO

Ward,

At the direction of President Donald J. Trump, I am writing to inform you that your position as a board member of the United States African Development Foundation is terminated, effective immediately.

Trent Morse

Deputy Director
Office of Presidential Personnel

# Exhibit 5

**From:** Trent Morse <Trent.M.Morse@who.eop.gov>
**Date:** Wednesday, February 26, 2025 at 6:52 PM
**To:** "john.agwundobi@usadf.org" <john.agwundobi@usadf.org>
**Subject:** Message from PPO

John,

At the direction of President Donald J. Trump, I am writing to inform you that your position as a board member of the United States African Development Foundation is terminated, effective immediately.

Trent Morse

Deputy Director
Office of Presidential Personnel