UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARD BREHM,<br><br>    Plaintiff,<br><br>v.<br><br>PETE MAROCCO, et al.,<br><br>    Defendants. | Civil Action No. 25-0660 (RJL) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Deputy Associate Attorney General Abhishek Kambli as counsel for Defendant in this action.

Dated: March 10, 2025                     Respectfully submitted,

                                          CHAD MIZELLE
                                          Acting Associate Attorney General


                              By:    /s/ Abhishek S. Kambli
                                     ABHISHEK S. KAMBLI
                                     Deputy Associate Attorney General
                                     950 Pennsylvania Avenue, NW
                                     Washington, DC 20530
                                     Telephone: (202) 445-5496

                                     *Attorney for the United States of America*