# Exhibit H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ward Brehm**, <br><br> Plaintiff, <br><br> v. <br><br> **Pete Marocco,** *et al.*, <br><br> Defendants. | **Civil Case No. 25-cv-660** |

## SUPPLEMENTAL DECLARATION OF ELISABETH FELEKE

I, Elisabeth Feleke, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Chief Program Officer at the United States African Development Foundation (USADF).

2. I have previously submitted a declaration in this action.

3. I submit this declaration to supplement my first declaration and inform the Court of events arising after the preparation of my first declaration that are relevant to this action.

### The email exhibits

4. In my first declaration, I explained that on February 21, DOGE employees Ethan Shaotran, Nate Cavanaugh, and Jacob Altik demanded contact information for the USADF Board. Ex. C, ¶ 9.

1

5. I informed Shaotran, Cavanaugh, and Altik that we had only personal contact information for the USADF board members. *Id.*

6. I also told Shaotran, Cavanaugh, and Altik that I would need permission from the board members to share that information and I began to email the board to get permission. *Id.* Shaotran, Cavanaugh, and Altik seemed upset and annoyed that they would have to wait for that information. Instead of waiting, they began to search Google to find contact information for the board.

7. As I stated in my previous declaration, they found contact information for one board member. *Id.* ¶ 10. I do not believe that they found the contact information for any other members of the board.

8. By the time I had received permission to share the contact information for the rest of the board, Shaotran, Cavanaugh, and Altik had already left USADF. They never followed up with me to share contact information for the other board members.

9. I have since communicated with the members of the USADF board and the only board member who received a notice of termination was Ward Brehm.

10. I have reviewed the exhibits (Docket entry 10-1) that Defendants filed with their opposition to Plaintiff's Motion for a Temporary Restraining Order.

11. Exhibit 1 is an email purported to be to board member Morgan Davis. I do not recognize the email address mdavis@whitemountains.com. From his biography on the USADF website, I believe that Davis used to be a board member at White Mountains but no longer is. I do not believe that Davis ever had a USADF email

2

address. And I am aware that mdavis@usadf.gov is not a functioning email address. Morgan Davis has confirmed with me that he does not use either of those email addresses.

12. Exhibit 2 is an email purported to be to board member Carol Moseley Braun. I do not recognize the email address carolmoseleybraun@gmail.com. Carol Moseley Braun has confirmed with me that she does not have a gmail address.

13. Exhibit 3 is an email purported to be to board member John (Jack) Leslie. I have confirmed that jleslie@usadf.gov is not a functional email address. Jack Leslie has confirmed to me that he does not use the email address jleslie@usadf.gov.

14. Exhibit 5 is an email purported to be to board member John Agwunobi. I do not believe that John Agwunobi ever had an official USADF email address. Even if he did, the email address in Exhibit 5—john.agwundobi@usadf.org—both misspells his last name and is addressed to a .org domain, not a .gov domain.

### Events at USADF after my first declaration

15. On Thursday, March 6, 2025, USADF staff who were outside of the Foundation's offices saw Pete Marocco and several of his associates walk into the building that includes our offices. I confirmed with the building's security officer that they were accompanied by a person representing himself to be a U.S. Marshal, who had provided a badge and confirmed that their intentions were to access USADF offices without the approval of USADF management.

16. The U.S. Marshal told the building's property manager that he needed access to USADF's offices. The property manager, at the direction of a federal law-enforcement officer, gave Marocco and the others access to the elevator to the tenth

floor. The property manager then unlocked the USADF offices for Marocco and the others to enter.

17.     Power was then shut off to five floors of the building, including the floor with USADF offices. It is unclear why power was shut off and USADF was not informed by building management.

18.     After one hour, USADF staff confirmed that Marocco had been seen leaving the USADF offices with two staff members from the U.S. DOGE Service. The security officer informed me they were looking to change all locks on entry doors at USADF. He stated that they seemed to be waiting for staff to arrive.

19.     At about 1:31 p.m., Nate Cavanaugh sent an email to a USADF staff member who is an information technology specialist for the Foundation, and cc'd Marocco. The email stated that Marocco was "the new Acting Chairman and President of USADF." The email invited the staff member to come upstairs to get his belongings and that he could "continue to work at the office." The staff member declined the invitation.

20.     Cavanaugh also sent an email on March 6 to the Department of Interior (DOI) seeking access to USADF's human-resources files, likewise asserting that Marocco was the president of the Foundation. A DOI representative then sent an email to a member of USADF's human-resources team (at 1:42 p.m.), asking USADF to complete a form to allow Cavanaugh access to USADF's human-resources files. The USADF staff member said that he had to wait for approval from Ward Brehm.

4

21. Around 2:00 p.m. on March 6, I received a phone call from one of USADF's staff members. He stated that he had received a phone call from a U.S. DOGE Service staff member. The DOGE representative stated that he was calling on behalf of Marocco, whom he described as the President of USADF, and demanded that the USADF staff member come to the Foundation's offices to provide access to the IT system. The USADF staff member declined to do so.

22. Representatives of the Defendants remained, unsupervised, in USADF's offices until at least 5:00 p.m. During this period, they disabled USADF's locks and keycard access to the building's elevators.

23. On Monday, March 10, USADF staff conducted a walk-through of the office with one of the building engineers. During the visit, staff found that the DOGE team conducted searches of individual offices, opening desk drawers, moving documents, and furniture. The targeted offices were General Counsel and senior leadership of USADF.

24. I have spoken with former IAF staff who have told me that not only has DOGE cancelled IAF grants and contracts, but that they have deleted the entire databases that contain the information for the grantees. USADF has similar databases for our grantees. If that information were to be deleted, it would be virtually impossible for USADF to restart its work.

25. Attached as Exhibit I is a March 3, 2025 memorandum from the USADF Board of Directors to the House Committee on Appropriations, Subcommittee on

State, Foreign Operations, and Related Programs, informing Congress that the USADF Board of Directors had appointed Ward Brehm as the president of USADF.

| | |
|---|---|
| Washington, DC |   /s/  Elisabeth Feleke |
| March 10, 2025 | Elisabeth Feleke |