# Exhibit J

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Ward Brehm**,

    Plaintiff,

v.

**Pete Marocco,** *et al.*,

    Defendants.

Civil Case No. 25-cv-660

## DECLARATION OF JOEL MCELVAIN

I, Joel McElvain, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am counsel for the Plaintiff in this matter.

2. Attached as Exhibit K is a copy of email correspondence between counsel for the Plaintiff and counsel for the Defendants in this matter on March 7 and 8, 2025.

Washington, DC                                                             /s/ Joel McElvain
March 10, 2025                                                  Joel McElvain