# Exhibit K



Joel McElvain <jmcelvain@democracyforward.org>

## Administrative stay in Brehm v. Marocco, DDC NO. 25-660

**Joel McElvain** <jmcelvain@democracyforward.org>                                             Sat, Mar 8, 2025 at 9:50 AM
To: "Hudak, Brian (USADC)" <Brian.Hudak@usdoj.gov>
Cc: "Bardo, John (USADC)" <John.Bardo@usdoj.gov>, Bradley Girard <bgirard@democracyforward.org>, Robin Thurston <rthurston@democracyforward.org>

Brian, my prior email was clear enough. I have asked you for an answer to my previous question, and you have declined to provide an answer. We reserve our rights to bring this matter to the attention of the court.

Joel

On Fri, Mar 7, 2025 at 6:52 PM Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov> wrote:

> Joel -- thanks. I remain confused. Is Mr. Brehm presently experiencing any obstruction in his ability to carry out his duties or the resources of his office? If so, can you let me know what he is experiencing so we can address any specific concerns? From your earlier emails, you didn't suggest any such issues, and we responded to your questions regarding the current state of play as to computer access, despite disagreeing with your gloss on the order. As such, I'm confused where any dispute may be at the juncture.
>
> We intend to respect the court's order and if your client experiences any actual or practical issues, please let us know, so that we may address them.
>
> Best,
>
> **Brian P. Hudak** | Chief
>
> Civil Division, U.S. Attorney's Office
>
> (202) 252-2549 | 601 D Street, NW, Washington, DC 20530
>
> ---
>
> **From:** Joel McElvain <jmcelvain@democracyforward.org>
> **Sent:** Friday, March 7, 2025 4:08 PM
> **To:** Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>
> **Cc:** Bardo, John (USADC) <John.Bardo@usdoj.gov>; Bradley Girard <bgirard@democracyforward.org>; Robin Thurston <rthurston@democracyforward.org>
> **Subject:** Re: [EXTERNAL] Administrative stay in Brehm v. Marocco, DDC NO. 25-660
>
> Brain, if it is the case that the Defendants retain the capacity to access or control USADF's computer systems, this would plainly violate the court's order, as this would constitute the denial and/or obstruction of Plaintiff in the benefits and resources of his office, as well as obstruction of his ability to carry out his duties. Moreover, any such access or control gained as a result of the Defendants' actions on Thursday would be by virtue of direction from Mr. Marocco in his purported capacity as a board member or officer of USADF, and would constitute a purported recognition of Mr. Marocco in that capacity.

We would appreciate a prompt reply to our question.

Joel

On Fri, Mar 7, 2025 at 3:40 PM Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov> wrote:

> Joel -- thanks for your response.  Could you please explain what text in the order you are relying on for your position?
>
> Best,
>
> **Brian P. Hudak** | Chief
>
> Civil Division, U.S. Attorney's Office
>
> (202) 252-2549 | 601 D Street, NW, Washington, DC 20530
>
> ---
>
> **From:** Joel McElvain <jmcelvain@democracyforward.org>
> **Sent:** Friday, March 7, 2025 3:26 PM
> **To:** Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>
> **Cc:** Bardo, John (USADC) <John.Bardo@usdoj.gov>; Bradley Girard <bgirard@democracyforward.org>; Robin Thurston <rthurston@democracyforward.org>
> **Subject:** Re: [EXTERNAL] Administrative stay in Brehm v. Marocco, DDC NO. 25-660
>
> Jack and Brian,
>
> Thank you for your responses, and for passing along the communication from the DOGE team.  That communication is not fully responsive to our question, however.  Could you confirm, not only that the Defendants, or people working on behalf of in concert with the Defendants, do not "currently" have access to USADF's computer systems, but that they will not have such access at any time while the administrative stay (and any subsequent order) is in place, and that they do not retain the ability to gain such access?
>
> If the Defendants do have such access, that would be in violation of the court's order, as they would be exercising a function of USADF pursuant to authority purportedly granted to them by Pete Marocco and/or the other Defendants, and not pursuant to the lawfully-constituted management of USADF.
>
> We would appreciate a prompt reply to this question.
>
> Regards,
>
> Joel

On Fri, Mar 7, 2025 at 3:19 PM Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov> wrote:

> Joel -- one addendum to Jack's email, we don't believe the administrative stay order restricts access to computer systems by any government official. If you have a different reading, please let us know how you read the order to impose such a restriction.
>
> Best,
>
> **Brian P. Hudak** | Chief
>
> Civil Division, U.S. Attorney's Office
>
> (202) 252-2549 | 601 D Street, NW, Washington, DC 20530
>
> ---
>
> **From:** Bardo, John (USADC) <John.Bardo@usdoj.gov>
> **Sent:** Friday, March 7, 2025 2:47 PM
> **To:** Joel McElvain <jmcelvain@democracyforward.org>; Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>
> **Cc:** Bradley Girard <bgirard@democracyforward.org>; Robin Thurston <rthurston@democracyforward.org>
> **Subject:** RE: [EXTERNAL] Administrative stay in Brehm v. Marocco, DDC NO. 25-660
>
> Joel,
>
> The DOGE team told me that they currently have no access to any USADF systems—and they are not currently working on gaining access.
>
> **John J. "Jack" Bardo**
>
> Assistant United States Attorney
>
> Phone: (202) 870-6770
>
> ---
>
> **From:** Joel McElvain <jmcelvain@democracyforward.org>
> **Sent:** Friday, March 7, 2025 1:56 PM
> **To:** Bardo, John (USADC) <John.Bardo@usdoj.gov>; Hudak, Brian (USADC) <Brian.Hudak@usdoj.gov>
> **Cc:** Bradley Girard <bgirard@democracyforward.org>; Robin Thurston <rthurston@democracyforward.org>
> **Subject:** [EXTERNAL] Administrative stay in Brehm v. Marocco, DDC NO. 25-660
>
> Mr. Bardo,

It is our understanding that technicians, working under instructions from Mr. Marocco, were at the headquarters of the USADF for approximately five hours yesterday, and that they made efforts to access USADF's computer systems. Please confirm by the close of business today that, in compliance with the administrative stay that the court entered yesterday, no person working on behalf of or in concert with the Defendants has continuing access to, or control over, USADF's computer systems.

Regards,

Joel McElvain

Counsel for Plaintiff



**Joel McElvain**
Senior Legal Advisor
Democracy Forward
he/him

(202) 935-1082

jmcelvain@democracyforward.org

democracyforward.org

NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above. If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.