UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARD BREHM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PETE MAROCCO, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-0660 (RJL) |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's March 11, 2025 minute order, the parties have conferred but were unable to reach a mutually agreed upon briefing schedule. Defendant respectfully proposes that the Court enter the following briefing schedule:

　　Plaintiff's Motion for Preliminary Injunction and Summary Judgment: March 21, 2025

　　Defendant's Opposition and Cross Motion for Summary Judgment: March 31, 2025

　　Plaintiff's Reply: April 4, 2025

　　Defendant's Reply: April 9, 2025

　　Hearing: April 11, 2025

　　　　　　　　　　　　　　　*　　*　　*

Dated: March 12, 2025                              Respectfully submitted,

                                                              EDWARD R. MARTIN, JR., D.C. Bar #481866
                                                              United States Attorney

                                                              By:        */s/ John J. Bardo*
                                                              JOHN J. BARDO, D.C. Bar #1655534
                                                              Assistant United States Attorney
                                                              601 D Street, NW
                                                              Washington, DC 20530
                                                              (202) 870-6770

                                                             *Attorneys for the United States of America*