IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Ward Brehm**,

    *Plaintiff,*

v.

**Pete Marocco,** *et al.*,

    *Defendants.*

Civil Case No. 25-cv-660

**PLAINTIFF'S PROPOSED BRIEFING SCHEDULE**

The Court's order regarding Plaintiff's motion for a temporary restraining order directed the parties to "file a proposed briefing schedule for a preliminary injunction and state their positions on consolidating the merits with the preliminary injunction by 5:00 PM on March 12, 2025." Dkt. 15.  Plaintiff respectfully submits this proposed briefing schedule in response to the Court's order.

Counsel for Defendants contacted counsel for Plaintiff on March 12, 2025, to propose a schedule contemplating that Plaintiff choose a date for the filing of a preliminary injunction motion, that Defendants would file an opposition and cross-motion to dismiss fourteen days after that date, with Plaintiff's reply and cross-opposition to follow seven days after that, and Defendants' reply to follow seven days after that.

1

This proposal would set a more prolonged schedule than the schedule that Plaintiff understands the Court to have had in mind during yesterday's hearing. Counsel for Plaintiff nonetheless responded to counsel for Defendants on March 12 that they could agree to that schedule (with an initial brief due March 26, provided that the parties file cross-motions for summary judgment as opposed to a motion to dismiss), if the parties could agree to certain terms with respect to the operations of USADF while briefing continues. In particular, counsel for Plaintiff noted that, because USADF's leadership is disputed, and because any action taken under Marocco's purported authority as President of the agency would be void ab initio under 5 U.S.C. § 3348(d) if this Court were ultimately to determine that the Federal Vacancies Reform Act had been violated, it would be appropriate to provide clarity to USADF's staff so that they would not have to guess in the interim whose orders to follow.

Accordingly, counsel for Plaintiff proposed that, during the period of the slower briefing schedule, neither Marocco nor Brehm would purport to be in charge of USADF, while reserving their rights to argue in the litigation that they hold their respective offices. During the interim, the leadership of USADF would default to the leadership committee of upper management that had been created in early February to act as the President. Counsel for Plaintiff also proposed to address the potential harms that both parties had described in their TRO briefing, and in particular proposed that Defendants would commit to: (1) not acting as the chair of the Board of USADF, or as President of USADF; (2) refrain from deleting, destroying, or otherwise

remove any of USADF's data, databases, files, records, or other information from the locations, either physical or digital, where they are currently maintained; and from encouraging, directing, or requiring anyone else to do so; (3) follow all data protection protocols and processes for access to USADF data, databases, files, records, or other information, including human-resources files, grants, and contracts; and (4) notify Plaintiff's counsel at least 72-hours before attempting to cancel any grants, contracts, or employment agreements. Plaintiff likewise proposed to commit to (1) not acting as President of USADF; and (2) before stepping away, direct employees not to create any irrevocable grants.

Counsel for Defendants did not agree to Plaintiff's proposal. The parties discussed a more expedited schedule but could not reach agreement on a schedule that would call for the filing of four briefs and that would still be responsive to the Court's desire to hold a hearing within three weeks. Accordingly, Plaintiff now proposes briefing of a preliminary injunction motion and summary judgment motion on a schedule in keeping with the shorter time frame that we understand the Court to have contemplated, as follows:

| Plaintiff's opening brief | Thursday, March 20 |
| --- | --- |
| Defendants' response brief | Thursday, March 27 |
| Plaintiff's reply | Monday, March 31 |
| Hearing, including witness testimony | Thursday, April 3 |

March 12, 2025                              Respectfully submitted,

                                                              _/s/Bradley Girard_
                                            Bradley Girard (DC Bar No. 1033743)
                                            Joel McElvain (DC Bar No. 448431)
                                            Orlando Economos*
                                            Robin F. Thurston (DC Bar No. 1531399)
                                            Skye Perryman (DC Bar No. 984573)
                                            Democracy Forward Foundation
                                            P.O. Box 34553
                                            Washington, DC 20043
                                            (202) 448-9090
                                            bgirard@democracyforward.org
                                            jmcelvain@democracyforward.org
                                            oeconomos@democracyforward.org
                                            rthurston@democracyforward.org
                                            sperryman@democracyforward.org

                                            * motion to appear *pro hac vice* forthcoming

                                            *Counsel for Plaintiff*

4