UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Ward Brehm,<br>   *Plaintiff*,<br><br> vs.<br><br>Pete Marocco, et al.,<br><br>   *Defendants*. | Civil Action No. 25-cv-0660 |

**MOTION FOR ADMISSION OF ORLANDO ECONOMOS**
***PRO HAC VICE***

  The undersigned, an attorney admitted to the Bar of this Court and in good standing, respectfully moves for the admission of Orlando Economos, *pro hac vice*, as counsel for Plaintiff Ward Brehm in this proceeding, pursuant to Local Rule 83.2(c) of the United States District Court for the District of Columbia. Mr. Economos is a member in good standing of the Bar of the District of Columbia, New York, U.S. Court of Appeals of the Fifth Circuit, and the U.S. Court of Appeals of the Seventh Circuit. He is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency. Mr. Economos is familiar with the provisions of the Judicial Code (Title 28 United States Code) which pertain to the jurisdiction of and practice in the U.S. District Courts, the Rules of the United States District Court for the District of Columbia, and the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals [LCvR 83.8(b)(6)(i),(iii)and(iv)/LCrR 57.21(b)(6)(i),(iii) and (iv)]; D.C. Bar Voluntary Standards for Civility in Professional Conduct, adopted by the Bar on June 18, 1996 [LCvR 83.8(b)(6)(v)]; [LCrR 57.21(b)(6)(v)]; and the Federal Rules of Civil

Procedure [LCvR 83.8(b)(6)(ii)]. Finally, the undersigned is satisfied that Mr. Economos possesses the character and skills required of a member of the Bar of this Court.

Accordingly, the undersigned respectfully requests admission of Orlando Economos *pro hac vice* as representative of Plaintiff in this proceeding.

<table>
<tr><td>Dated: Washington, D.C.<br>March 14, 2025</td><td>Respectfully submitted,<br><br>/s/ *Bradley Girard*<br>Bradley Girard (D.C. Bar. No. 1033743)<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, D.C. 20043<br>Phone: (202) 448-9090<br>Fax: (202) 796-4426<br>bgirard@democracyforward.org<br><br>*Attorney for Plaintiff*</td></tr>
</table>