# Exhibit H



# MEMORANDUM

| | |
|---|---|
| TO: | Subcommittee on State, Foreign Operations, and Related Programs, Committee on Appropriations |
| FROM: | USADF Board of Directors |
| DATE: | March 03, 2025 |
| Re: | Update and appointment of USADF President |

USADF sincerely appreciates the recent guidance from congressional leaders regarding the importance of complying with the law and the USADF statutory requirements. As discussed in the letter that Members of Congress recently sent to President Trump, USADF understands that the Agency's existing functions are not discretionary but legally required by Congress and cannot be overridden by executive order. The USADF statute requires the Foundation to carry out specific purposes as articulated in 22 U.S.C. § 290h–2(a), and Congress appropriated funds at a level necessary to meet these statutory mandates, which includes supporting staffing and award mechanisms. We are incorporating this guidance in our response to the Executive Order that directs USADF to eliminate all "non-statutory components and functions" and "reduce the performance of their statutory functions and associated personnel to the minimum presence and function required by law."

**Update since USADF Board memo:**

On February 28, 2025, USADF received a notification from Mr. Trent Morse, Deputy Director at the Office of Presidential Personnel, stating that Mr. Peter Marocco has been temporarily appointed as acting chairman and board member of USADF. Mr. Morse further explained that because there are no mechanisms in the USADF Act that allow the President to designate acting officials, and because USADF board member positions are exempt from being filled through the Federal Vacancies Reform Act of 1998, President Trump is "using his inherent authority under Article II" of the U.S. Constitution to appoint Mr. Marocco to this position.

We believe this is a misinterpretation since under Article II, the President's power to appoint is subject to the advice and consent of the Senate, subject only to the ability to make recess vacancies. In this case, Congress has specifically reserved for themselves the right to confirm USADF board members as evidence by the statutory language "The management of the Foundation shall be vested in a board of directors (hereafter in this subchapter referred to as the "Board") composed of seven members appointed by the President, by and with the advice and consent of the Senate." Additionally, the Act explains that once a board member's term is expired "a member shall continue to serve until a successor is appointed and shall have qualified." See 22 U.S.C. 290h-5(a).

Thus, the only path that would allow the President to legally, although temporarily, fill a USADF board member seat is during a Senate recess, which is not the case at present. USADF has since

responded that the Agency cannot recognize Mr. Marocco's authority to act legally as Chairman of the USADF Board. The appointment of Mr. Marocco by the President to the Board of USADF must be delivered to the Senate for confirmation. As with all nominees in the past, the Agency stands ready to assist in that transmittal. Until Mr. Marocco is confirmed by the Senate, the Agency cannot recognize his authority to act legally as Chairman of the USADF board. However, we did confirm that the Agency intends to comply with all Executive Orders, including the EO issued on February 19, 2025.

**Board appointment of the USADF President**

Through this memo, we would like to inform you that the Board has appointed a new USADF President, Mr Ward Brehm. Mr. Brehm is an entrepreneur and public servant, engaged in African humanitarian efforts and public speaking on African relief and development. Mr. Brehm served as Chairman of the Board of USADF from 2004-2008. In 2008, he was the keynote speaker at the 2008 National Prayer Breakfast -- the first person from the business community to do so. He was awarded the Presidential Citizenship Medal by President George W. Bush for his work in Africa.