# Exhibit I

**From:** Yael Nagar <YNagar@usadf.gov>
**Sent:** Monday, March 17, 2025 1:32 PM
**To:** Elisabeth Feleke <EFeleke@usadf.gov>; Mathieu Zahui <mzahui@usadf.gov>; Kerline Perry <kperry@usadf.gov>
**Subject:** FW: Urgent: Action Required for Grant Information by 12PM

Got this reply.

---

**From:** Marocco, Peter W <MaroccoPW@state.gov>
**Sent:** Monday, March 17, 2025 1:23 PM
**To:** Yael Nagar <YNagar@usadf.gov>; Justin Fox - A <justin.fox@gsa.gov>
**Subject:** RE: Urgent: Action Required for Grant Information by 12PM

It's formal – please comply.

Thanks.

---

**From:** Yael Nagar <YNagar@usadf.gov>
**Sent:** Monday, March 17, 2025 1:19 PM
**To:** Justin Fox - A <justin.fox@gsa.gov>
**Cc:** Marocco, Peter W <MaroccoPW@state.gov>
**Subject:** RE: Urgent: Action Required for Grant Information by 12PM

You don't often get email from ynagar@usadf.gov. Learn why this is important

Hi Justin,

Thank you for your request. I am not authorized to provide access to our grants. I recommend Mr. Marocco send a formal request to USADF leadership.

Best,

Yael

**From:** Justin Fox - A <justin.fox@gsa.gov>
**Sent:** Monday, March 17, 2025 12:17 PM
**To:** Yael Nagar <YNagar@usadf.gov>
**Cc:** Marocco, Peter W <maroccopw@state.gov>
**Subject:** Re: Urgent: Action Required for Grant Information by 12PM

You don't often get email from justin.fox@gsa.gov. Learn why this is important

Yael,

As this is a time-sensitive request, declining to assist will be interpreted as a sign that you are no longer interested in continuing your role with the agency.

Please reach out as soon as possible.

Best,

Justin

M: (771) 210-9025

On Mon, Mar 17, 2025 at 9:00 AM Justin Fox - A <justin.fox@gsa.gov> wrote:

> Yael,
>
> My name is Justin, I'm reaching out on behalf of Pete Marocco, acting President of USADF. Pete would like you to help us with accessing ADF's grant information. Please call or respond to this email before 12PM / noon today (3/17) so we can work on this.
>
> Thank you for your prompt attention to this matter.
>
> Best,
> Justin