# Exhibit J



MEMORANDUM

DATE:           March 18, 2025

FROM:           Pete Marocco, Acting Chief Executive Officer and President

SUBJECT:        PLACEMENT ON ADMINISTRATIVE LEAVE

I am writing this memorandum to inform you that I am placing you on excused absence (also known as administrative leave) with pay, effective immediately, pursuant to, among other authorities, 5 C.F.R. § 630.1403. I will keep you on administrative leave with pay until I notify you otherwise.

While I have you on administrative leave with pay, I require you to be available by telephone and e-mail during normal business hours, as I or other ADF officials may need to contact you. To that end, I ask that you email me at maroccopw@state.gov from your personal email as soon as possible with your personal contact information, including your phone number, email, and mailing address.

I also expect you to remain available to report to work if I direct you to do so. If you wish to request other leave (annual, sick, or leave without pay) during this period, I invite you to contact me to make your request.

During the period that I have you on administrative leave, I prohibit you from entering ADF premises, accessing ADF systems, or attempting to use your position or authority with ADF in any way without my prior permission or the prior permission of a supervisor in your chain of command.

Please contact me with any questions regarding the above information.


Pete Marocco
Acting Chief Executive Officer and President