# Exhibit K

---------- Forwarded message ---------
From: **Mathieu Zahui** <mzahui@usadf.gov>
Date: Wed, Mar 19, 2025 at 3:38 PM
Subject: FW: Notification Regarding USADF Leadership Actions
To: Ward Brehm <wardola@icloud.com>
Cc: Jack@jackleslie.org <jack@jackleslie.org>, Joel McElvain <jmcelvain@democracyforward.org>, Bradley Girard <Bgirard@democracyforward.org>, Kerline Perry <kperry@usadf.gov>, Elisabeth Feleke <EFeleke@usadf.gov>

Hi Ward

You have received this email on your ADF mail as well.

Most of our contracts could be cancelled today.

Mathieu Zahui, CGFM

Director of Financial Management/CFO

U.S. African Development Foundation

*Creating Pathways to Prosperity for Underserved Communities in Africa*

1400 I Street NW | Suite 1000 | Washington, DC 20005

Tel: (202) 233-8831/Cell 202-733-0554 | mzahui@usadf.gov | usadf.gov

    

---

**From:** Office of ARC Deputy Commissioner <office.of.arc.deputy.commissioner@fiscal.treasury.gov>
**Sent:** Wednesday, March 19, 2025 3:24 PM
**To:** Mathieu Zahui <mzahui@usadf.gov>; Edward Walter Brehm <ebrehm@usadf.gov>
**Subject:** Notification Regarding USADF Leadership Actions

You don't often get email from office.of.arc.deputy.commissioner@fiscal.treasury.gov. Learn why this is important



Dear Mathieu and Ward,

The Administrative Resource Center (ARC) was informed yesterday that the current President and Chief Executive Officer of the United States African Development Foundation (USADF), Mr. Peter Marocco, intends to commence the termination of select USADF contracts and grants as early as today, March 19. We are notifying you in advance due to prior concerns regarding the authority over decision-making at USADF. ARC recognizes Mr. Marocco as holding this role, consistent with U.S. District Judge Richard Leon's ruling to lift the order that temporarily prevented the Trump administration from removing USADF leadership. This determination is further supported by interpretations and advice provided by ARC's legal counsel.

Should you have any questions or wish to discuss this matter further, please refrain from contacting your traditional points of contact within ARC's operational areas. Inquiries related to this message should be directed to the individuals below.

- Adam Charlton, ARC Director of Strategy and Communication, at (304) 480-5248 or adam.charlton@fiscal.treasury.gov.
- Jeff Schramek, Deputy Commissioner/ARC Executive Director, at (202) 874-7000 or jeffrey.schramek@fiscal.treasury.gov.

