IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Ward Brehm, in his personal capacity and in his official capacity as President of the United States African Development Foundation*
      Plaintiff

        vs.        Case No.: 1:25-cv-00660-RJL

*Pete Marocco, in his official capacity as Acting Deputy Administrator for Policy and Planning and for Management Resources for USAID and Director of Foreign Assistance at the Department of State and in his purported official capacity as Chairman of the Board of the Untied States African Development Foundation, et al.*
      Defendants

## AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, and Complaint for Declaratory and Injunctive Relief

SERVE TO: Donald J. Trump, in his official capacity as President of the United States of America

SERVICE ADDRESS: 1600 Pennsylvania Avenue, NW, Washington, DC 20500

METHOD OF SERVICE: Service was completed by sending a copy of the documents listed herein to Donald J. Trump, in his official capacity as President of the United States of America, 1600 Pennsylvania Avenue, NW, Washington, DC 20500 on 03/19/2025 via Federal Express Two Day Shipping, Signature Required Upon Receipt. Article Number: 772840344549.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 03/21/2025

*(signature)*

Carrie Hollingshed

*Client Ref Number: Brehm v. Marocco*
*Job #:12928718*