UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARD BREHM,<br><br>        Plaintiff,<br><br>  v.<br><br>PETE MAROCCO, Acting Deputy Administrator for Policy and Planning and for Management and Resources for USAID, et al.,<br><br>        Defendants. | Civil Action No. 25-0660 (RJL) |

**DEFENDANTS' STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE DISPUTE**

Pursuant to Fed. R. Civ. P. 56 and Local Civil Rule 7(h), Defendants, various government components and officials, including the President, sued in their official capacities, respectfully submit this statement of material facts as to which there is no genuine dispute.

1. Plaintiff Ward Brehm was appointed to the Foundation's Board in 2008 by then-President George W. Bush.  Brehm Decl. (ECF No. 7-2) ¶ 4.

2. Brehm remained on the Board until February 24, 2025, when President Trump removed him from his position on the Board.  Brehm Decl. (ECF No. 7-2) ¶ 9; *see also* Email to Brehm (ECF No. 10-1 at 8).

3. That same day, President Trump also removed additional Board members: Carol Moseley Braun, Morgan Davis, and John Leslie.  Emails to Moseley Braun, Davis and Leslie (ECF No. 10-1 at 1-6).

4. Two days later, President Trump removed the remaining Board member, John Agwunobi.  Email to Agwuobi (ECF No. 10-1 at 10).

5. All of the removals were "effective immediately." Emails (ECF No. 10-1).

6. On February 28, 2025, with the Foundation lacking a Board and a president, President Trump designated Pete Marocco as the acting Chairman of the Board, and the only Board member. Ex. 1, Marocco Decl. ¶ 5.

7. That same day, Mathieu Zahui, the Foundation's Chief Financial Officer "shared an email that he received from [the Presidential Personnel Office] asserting that, because [the Foundation] was 'Board-less,' Peter Marocco had been appointed as Acting Board Chair of the Foundation." Feleke Decl. ¶ 27 (ECF No. 20-4).

8. Zahui and Elisabeth Feleke, the Foundation's Chief Program Officer then consulted with the Board, and after consulting the Board, Zahui responded to the email from the Personnel Office stating "because under [the Foundation's] statute, a board nomination requires Senate confirmation, [the Foundation] could not recognize Marocco's authority as [Foundation] board chair." Feleke Decl. ¶ 27 (ECF No. 20-4)

9. Even though they had been removed from their Board positions, the former Board members convened on March 3, 2025, and elected Brehm as president of the Foundation. Brehm Decl. ¶ 11 (ECF No. 20-3).

10. The following day, Brehm received an email from Nate Cavanaugh, a General Services Administration employee temporarily detailed to the Foundation, Ex. 1, Marocco Decl. ¶ 7, informing Brehm that President Trump had designated Marocco as the acting Chairman of the Foundation Board. Brehm Decl. ¶ 12 (ECF No. 20-3).

11. On March 6, 2025, Marocco held a Foundation Board meeting where he voted to terminate Brehm as president of the Foundation and appointed himself as president of the Foundation. Ex. 1, Marocco Decl. ¶ 6.

12. Marocco placed thirty of the Foundation's thirty-four employees on temporary administrative leave. Ex. 1, Marocco Decl. ¶ 9.

13. Marocco has not terminated any employees or taken steps to revoke any Foundation grants or contracts. Ex. 1, Marocco Decl. ¶¶ 10-11.

| | |
|---|---|
| Dated: March 31, 2025<br>Washington, DC | Respectfully submitted,<br><br>EDWARD R. MARTIN, JR., D.C. Bar #481866<br>United States Attorney<br><br>By:  /s/ John J. Bardo<br>JOHN J. BARDO, D.C. Bar #1655534<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 870-6770<br><br>*Attorneys for the United States of America* |