# Exhibit N

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ward Brehm**,<br><br>       Plaintiff,<br><br>v.<br><br>**Pete Marocco,** *et al.*,<br><br>       Defendants. | **Civil Case No. 25-cv-660** |

## DECLARATION OF JOHN O. AGWUNOBI

I, John O. Agwunobi, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1.    I am a Board member of the United States African Development Foundation (USADF).

2.    I was appointed to the USADF Board of Directors by President Bush and confirmed by the Senate on August 1, 2008. I remain on the Board as the replacement for my term has not been nominated by the President or confirmed by the Senate. I serve as Vice-Chair of the Board.

3.    I understand that on February 24, 2025, another member of the USADF Board of Directors, Ward Brehm, received an email from a representative of the Presidential Personnel Office stating that he was terminated as a board member. I have not received any similar communication purporting to terminate my membership in the Board.

1

4. When I heard that Ward Brehm had apparently been terminated, I feared that I might be removed soon. But at no point did I receive any notice that I had been removed, and at no point was I under the impression that I had in fact been removed.

5. I am aware that on February 28, 2025, Matheiu Zahui received an email asserting that, because USADF was "Board-less," Peter Marocco had purportedly been appointed as Acting Board Chair of USADF. I did not understand what this email meant by using the term "Board-less." In any event, I did not (and do not) understand this characterization to be a statement that I or any other Board members had been terminated from our seats on the Board.

6. The email address john.agwundobi@usadf.org does not belong to me. This address misspells my surname. To my knowledge, USADF does not use a ".org" domain.

Washington, DC  /s/ John O. Agwunobi
April 4, 2025  John O. Agwunobi