# Exhibit P

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ward Brehm**, <br><br> Plaintiff, <br><br> v. <br><br> **Pete Marocco,** *et al.*, <br><br> Defendants. | Civil Case No. 25-cv-660 |

## SUPPLEMENTAL DECLARATION OF ELISABETH FELEKE

I, Elisabeth Feleke, declare under penalty of perjury, under 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Chief Program Officer at the United States African Development Foundation (USADF).

2. I have previously submitted a declaration in connection with the filing of Plaintiff's Motion for Summary Judgment on March 21, 2025.

3. I submit this declaration to supplement my prior declaration and to inform the Court of events arising since that submission that are relevant to this action.

4. The management team of USADF understands Ward Brehm to be the lawful president of USADF and it does not understand Pete Marocco to lawfully hold any position with the Foundation. Brehm has instructed the management team, however, to cooperate with requests from Marocco or Marocco's designees at this time,

1

until the Court issues an order clarifying USADF's lawful governance, while reserving the right to object to actions performed under Marocco's purported authority.

5. Marocco has directed that USADF work with Justin Fox, Nate Cavanaugh, and Ethan Shaotran as detailees to the Foundation. Pursuant to Brehm's instructions, USADF has cooperated with these detailees.

6. USADF has also cooperated over the last several weeks with the requests of Marocco's designees for information concerning USADF's grants. In particular, we have shared information for each of the approximately 550 outstanding grants that USADF administers, including details describing each project, the start and end dates of each project, and the amounts disbursed and amounts remaining to be disbursed under each award.

7. At about 8:44 p.m., on March 31, 2025, three employees of USADF received emails from Pete Marocco, who identified himself as "Acting President and CEO, USADF," informing these employees that they were being terminated from their employment with the Foundation pursuant to a reduction in force (RIF), with an effective date of April 30, 2025. The emails attached a memorandum, also from Pete Marocco in his purported capacity as Acting President and CEO, stating that "[t]his RIF is necessary for workforce reshaping of the United States African Development Foundation."

8. At 12:17 a.m. on the early morning of April 1, 2025, Justin Fox sent me an email, with Pete Marocco, Nate Cavanaugh, and Ethan Shaotran included in the

cc line, stating that he wished to schedule a call "to discuss the outstanding grants" and another call "with your contracting officer to review descoping / cancellations."

| | |
|---|---|
| Washington, DC |   /s/  Elisabeth Feleke |
| April 4, 2025 | Elisabeth Feleke |