UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ward Brehm,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Pete Marocco, et al.,<br><br>　　　　　Defendants. | Civil Action No. 25-cv-660 (CJN) |

### DECLARATION OF PETE MAROCCO

I, Pete Marocco, pursuant to 28 U.S.C. 1746, hereby declare as follows:

1.　　I am over 18 years of age, of sound mind, and otherwise competent to make this declaration. This declaration is based on my personal knowledge and information provided to me in my official capacity.

2.　　Since January 20, 2025, I have served as the Director of Foreign Assistance at the Department of State.  Previously, I served as a United States Marine and as a Deputy Assistant Secretary at both the Department of State and the Department of Defense.  Additionally, I served on a special assignment as the Senior Advisor for Intelligence and Security to the Secretary of Commerce and served as the Assistant to the Administrator at USAID, overseeing the Bureau for Conflict Prevention and Stabilization.

3.　　Starting on Thursday, January 30, 2025, I also performed the duties and functions of both Deputy Administrators of the United States Agency for International Development ("USAID").  I managed the day-to-day operations at USAID, including personnel matters and operations.  I no longer perform the duties and functions of both USAID Deputy Administrators.

4. On February 24, 2025, President Trump terminated all members of the Board of the U.S African Development Foundation ("USADF").

5. On February 28, 2025, President Trump appointed me as the acting Chair of USADF.

6. On March 6, 2025, I, as Chair of the Board, convened a Board meeting in which I voted to terminate Ward Brehm from his position as President of USADF, and voted to appoint myself as acting President and CEO of USADF.

7. On March 6, 2025, Justin Fox, Ethan Shaotran, and Nate Cavanaugh were detailed from the General Services Administration ("GSA") to USADF. Justin, Ethan, and Nate constituted USADF's DOGE Team within the meaning of Executive Order 14158. USADF's DOGE Team assists with the implementation of Executive Order 14222, which includes reviewing covered contracts and grants, among other duties.

8. During the week of March 17, 2025, the USADF DOGE Team attempted to work with USADF employees, including Kerline Perry and Elisabeth Feleke, to fulfill their duties under Executive Orders 14158 and 14210. Despite numerous attempts, the DOGE Team was unable to connect with their fellow USADF employees to implement the President's Executive Orders and my directives.

9. On March 18, 2025, thirty of USADF's thirty-four employees were placed on temporary administrative leave. Elisabeth Feleke, the Chief Program Officer, and the three members of the USADF DOGE Team were not placed on administrative leave.

10. Regarding apparent confusion about my March 31, 2025 declaration, on March 30, 2025, I conditionally approved that a future reduction in force could be actioned subject to legal and process review. At the time I signed the declaration on March 31, 2025, when I stated I had

"taken no actions with respect to terminations of USADF staff," no action had yet been taken. On the evening of March 31, 2025, roughly three hours after I signed the declaration, three employees were terminated.

11. On April 7, 2025, and based on my directive, three hundred and fifty-three grants were cancelled.

12. On April 7, 2025, and based on my directive, sixteen employees were terminated.

13. On April 8, 2025, and based on my directive, forty-three contracts were cancelled.

14. As of April 9, 2025, thirteen employees, including the DOGE Team, are employed at USADF.

15. As of April 9, 2025, one hundred and forty-eight grants remain active at USADF.

16. As of April 9, 2025, eight contracts remain active at USADF.

17. In approving these changes, I have endeavored to comply with the directives in Executive Order 14217.

18. I possess factual knowledge of the situation at USADF, and I am aware of no additional action or inaction taken at USADF.

I declare under penalty of perjury under the laws of the United States that the information in this declaration is true and correct.

*/s/ Peter Marocco*

_____

Pete Marocco