UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARD BREHM,<br><br>   Plaintiff,<br><br>  v.<br><br>PETE MAROCCO, Acting Deputy Administrator for Policy and Planning and for Management and Resources for USAID, et al.,<br><br>   Defendants. | Civil Action No. 25-0660 (RJL) |

## DEFENDANTS' CONSENT MOTION TO VACATE THE OBLIGATION TO FILE AN ANSWER

Defendants, various high-level government officials including the President, respectfully move the Court for an order vacating their obligation to file an Answer to Plaintiff Ward Brehm's complaint. Plaintiff, through counsel, consents to the relief sought in this motion.

1. Plaintiff brought this lawsuit challenging Defendants' decision to remove him from his position as president of the U.S. Africa-Development Foundation.

2. Since Plaintiff filed this lawsuit, the parties cross-moved for summary judgment on an expedited schedule. See ECF Nos. 20, 31. Those motions are fully briefed and ripe for ruling.

3. Defendants' deadline to file an answer to the complaint is May 23, 2025. But because the parties have already briefed summary judgment, any answer that Defendants file would not provide any additional insights into the partes' dispute that cannot be discerned through the summary judgment papers.

4. Indeed, Defendants anticipate that the Court's ruling on the parties' motions for summary judgment will result in a final appealable order.

5. Thus, Defendants aver that an order excusing their obligation to file an answer would conserve the parties' and the Court's resources without affecting the disposition of the case.

Dated: May 22, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____*/s/ John J. Bardo*_____
JOHN J. BARDO, DC Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*