IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Ward Brehm,

    *Plaintiff*,

v.

Pete Marocco, *et al.*,

    *Defendants*.

Civil Action No. 25-660 (RJL)

## ORDER

June 10th, 2025 [Dkt. #20; Dkt. #31]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's Motion for Summary Judgment or, in the Alternative, a Preliminary Injunction [Dkt. #20] is **DENIED**; it is further

**ORDERED** that defendants' Motion for Summary Judgment [Dkt. #31] is **GRANTED**.

*[signature]*
RICHARD J. LEON
United States District Judge